RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/23/2009
BY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| BOBBY R. SNEED, SR. | CIVIL ACTION NO. 06-383-P |
| VERSUS | JUDGE WALTER |
| VENETIA MICHAELS, ET AL. | MAGISTRATE JUDGE HORNSBY |

## AMENDED JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding medical care, legal mail and due process are **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) and his expungement claim is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 23rd day of March, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE