RECEIVED
BY: _____ UM

MAY 2 2 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BOBBY R. SNEED JR. | CIVIL ACTION NO. 06-383-P |
| VERSUS | JUDGE DONALD E. WALTER |
| VENETIA MICHAELS, ET AL. | MAGISTRATE MARK HORNSBY |

## ORDER

Before this Court is a Motion to Stay All Proceedings [Record Document 2], filed on behalf of Plaintiff, Bobby R. Sneed, Jr. As a general rule, when an appeal is taken, the district court is divested of jurisdiction except to take action in aid of the appeal, unless the case is remanded to it by the appellate court, or to correct clerical errors under Federal Rule of Civil Procedure 60(b). Travelers Ins. Co. V. Liljeberg Enterprises, Inc., 38 F.3d 1404, 1408 n.3 (5th Cir. 1994). In the case at bar, there are no pending motions and the court has rendered a final judgment dismissing the case with prejudice. Plaintiff's filing of a notice of appeal therefore divested this court of jurisdiction. All motions seeking to stay the proceedings must be filed with the Court of Appeals for the Fifth Circuit. See Manriquez v. U.S., 274 Fed.Appx. 351 (5th Cir. 2008); Graham v. Dretke, 102 Fed.Appx. 420 (5th Cir. 2004).

Therefore, **IT IS ORDERED** that the foregoing motion be and is hereby **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 20 day of May, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE